AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

Case No. 22-mj- 82

**ANTHONY J. ALELLO, JR.**

---
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates listed, in the Western District of New York, the defendant, ANTHONY J. ALELLO, JR.:

(1) From on or about January 7, 2022, to on or about January 21, 2022, did knowingly make and publish, and cause to be made and published, any notice and advertisement seeking and offering to exchange, display, distribute, and reproduce any visual depiction the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported in interested and foreign commerce by any means, including by computer, and such notice and advertisement was transported interstate and foreign commerce by any means, including by computer; and

(2) On or about March 24, 2022, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Randall E. Garver, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: April 26, 2022

*Judge's signature*

City and State:  Buffalo, New York

HON. H. KENNETH SCHROEDER JR., USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Randall E. Garver, being duly sworn, depose and say:

1.      I am a Special Agent of the Federal Bureau of Investigation and entered on duty in May 2006.  I am currently assigned to the Buffalo Field Office and work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children.  As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, 2423, and 2261.  I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws, Sexual Enticement, Travel to Engage in Illicit Sexual Conduct, and Cyberstalking laws in which computers or smartphones/devices are used for engaging in such violations of Federal law.

2.      I make this affidavit in support of a criminal complaint charging **ANTHONY J. ALELLO JR.** ("ALELLO"), with advertisement of child pornography and possession of child pornography, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2252A(a)(5)(B).

3.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training. Because this affidavit is being submitted for the limited purpose of securing a criminal

complaint and arrest warrant, I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that ALELLO knowingly violated Title 18, United States Code, Sections 2251(d)(1)(A) and 2252A(a)(5)(B).

4.      On or about February 25, 2022, the FBI Washington Field Office ("WFO") Child Exploitation and Human Trafficking Task Force notified FBI Buffalo of a possible subject in the Buffalo area.  WFO advised that Anthony J. Alello, Jr. ("ALELLO") used his Kik account, _medulla, to distribute child sexual abuse material ("CSAM") to a WFO online covert employee ("OCE"), requested CSAM in return from the OCE, and expressed an interest in traveling to Buffalo from Albion to have sexual contact with the OCE's purported 11-year-old son.  Kik is an online communications application that allows users to direct message other users and also allows users to join groups of other like-minded users.  The below paragraphs are based on my review of ALELLO's Kik conversation with the OCE.

5.      On or about January 3, 2022, the OCE monitored a public Kik group that contained users who had a sexual interest in children and discussed sexual exploitation of minors.  The OCE previously made a mention of Buffalo in the Kik group.  ALELLO, who used Kik account _medulla, sent the OCE a direct (private) message on Kik, "are you near Buffalo?"  The OCE replied he moved to the Washington, DC area, but previously resided in the Buffalo area and wished he still did.  ALELLO replied, "you and I both.  We could have some fun haha."  The OCE advised he was "searching for a local perv friend" and ALELLO

wrote, "that's the dream. My last one kinda ghosted on me, but it was probably for the best," before describing how careless and unintelligent the old friend was. The OCE replied, "yah dude, you def need to plan for worst case scenario when dealing with people on here" and ALELLO wrote, "I've already had a 'worst case scenario' test run myself." The OCE asked, "test run or an actual run ha" and ALELLO replied, "Lmao which ever one involves two federal agents knocking at my door." The OCE wrote, "Jesus...I would have been taking a trip", meaning being arrested. ALELLO then wrote, "I'm fortunate enough to be able to afford the retainer for a lawyer, because if I hadn't been I might have been fucked...the lawyer shut that shit down in about five minutes, but for a moment I was thinking 'my kids are about to see me leaving in handcuffs.'" ALELLO continued, "...talk is just fantasy. Pics and videos sent to the wrong person will get you locked up...they were definitely doing their best to get me to incriminate myself, but once it got to the point where I felt cornered I just phoned a lawyer. They didn't have anything solid, they were just waiting for me to crack." The OCE replied that he was careful online with whom he communicated and advised, "I help out with admin to verify and that's about it", referring to the Kik group they were both members of, before adding "I set my standards high" (for who he communicates with online).

6.     It should be noted that on or about February 11, 200, Agents from the Homeland Security Investigations (HSI) interviewed ALELLO at his residence. I reviewed the report and found HSI asked ALELLO about uploading child erotica to Kik. ALELLO did not make any admissions and requested an attorney be present before answering further questions.

7.      The January 3, 2022, conversation with the OCE continued with ALELLO writing, "I run a mega link sharing group and I'm constantly trying to tell people: if somebody joins and says 'trade in pm' they don't fucking have anything to trade." I know "mega" refers to Mega.Nz, a popular cloud storage site where users frequently sent links that contain CSAM and other pornography. ALELLO then sent the rules of the Kik group that he administers:

> !!RULES!! Post a working link within 2 minutes of entry or you will be removed. Anything goes. DO NOT SEND PICTURE OR VIDEOS HERE. Links only. If you talk about anything illegal ("anybody have cp?") you'll be removed. If you say "hi" or "ok" or "." To try to bypass the auto-kick, we'll find you and kick you anyway...and if you join and tell people to PM you you'll be banned.

8.      The January 3, 2022, conversation continued with the two discussing various spellings of "young" ("yung", "yng", and "yg") and their frustration with the carelessness of others on Kik. ALELLO wrote, "the last thing I want is for somebody else's stupidity to bring me down. If I fuck up on my own, fair game. But if I'm in a group that gets reported because some Neanderthal with an IQ of 76 thinks 'yng' is fooling anybody I'm gonna be fucking pissed...if you ever need assistance keeping the group clean, let me know. I'd be down to boot some bots", meaning remove individuals he does not believe are real people.   ALELLO then asked, "how old is your daughter, by the way?"

9.      On or about January 4, 2022, the conversation continued when the OCE answered ALELLO's question, "Hey, 9. You?...Btw she's my girls kid who I see frequently. My son is 11." ALELLO replied by discussing the ages of various minor relatives of his, and

how he has been collecting pictures of them for the last couple of years.  The OCE replied, "lucky man…have you trained any of them?", referring to sexual abuse against any of the minors.  ALELLO replied that he had not, but that he has "catfished" one of his relatives, and that the relative "sent a ton of wild shit to me".  I know "catfishing" means portraying someone else online to have conversations or obtain pictures or videos from them.  Typically, an adult may portray a minor online to communicate with minor boys or girls, knowing the minor would be unlikely to communicate with an adult.

10.    On or about January 5, 2022, the conversation continued when the OCE replied that kids are sexualized by Instagram which makes their lives easier and ALELLO agreed, "TikTok and Instragram has these kids so fucking horny. I love it."  Later in the conversation, ALELLO wrote that he was not on TikTok because, "Instagram still works like a charm for me…I've struck gold catfishing on IG…it's the perfect place to pretend to be a 19 year old girl…to get other teenage girls (or their boyfriends) to send you nudes."  The OCE replied, "if I didn't have my own play toy I might have to spend more time on there lol."  ALELLO asked, "who's your play toy? Your daughter?" and the OCE replied his son was, though he was working on his girlfriend's daughter.  ALELLO then sent the OCE three images that he claimed depicted a 15-year-old girl, "kid sent me pics of his chubby 15 year old girlfriend."  The images sent were: (1) a post-pubescent white female, in my opinion approximately age 15, standing in a mirror with a t-shirt on and her vagina exposed; (2) likely the same girl, or a girl of similar age, squatting on her lower legs with her buttocks, covered in underwear, facing a mirror; (3) likely the same girl, or a girl of similar age, with her

buttocks, covered in underwear, in the air (a string of red LED lights were visible in the image). ALELLO next sent a video of a man having sexual intercourse with a woman from behind. The age of the individuals depicted cannot be asserted herein. However, ALELLO claimed the male in the video is the individual he catfished having intercourse with the 15-year-old girlfriend. ALELLO next sent two images of who he purported was a minor female relative of his. The images were of a post-pubescent girl on her hands and knees in a bathroom with her vagina and anus exposed. In one of the images, a blue object was inserted inside the girl's vagina. ALELLO advised, "when she was 12 she sent a video of her dog licking her pussy...still nut to it regularly lmao." ALELLO asked the OCE, "you got anything you wanna show me?" and the OCE replied, "don't hold anything like that but I can do live when my son gets home." The OCE sent a picture of a purported approximately 11-year-old boy with his face covered. When ALELLO asked the OCE what he has done with the boy thus far, the OCE replied, "started with him very young. Used to jerk off on him and rub my cock head in his mouth when he was 1ish, then started training him when he stopped being a mushy baby lol...and around 5 we started playing with him giving me oral and me stroking him, playing with his boi pussy, and rubbing my cock head on him" before advising it was a fantasy to play with the boy with another person. ALELLO wrote that "pedo women" are appealing,

> because society tells us they're supposed to be caregivers, nurturers. So watching them take care of and nurture an underage cock is so fucking hot...plus the fact that we know it's what we would've wanted as young boys and we're watching a kid live out our own fantasies...I had a side piece who'd watch young videos with me and talk dirty about fucking teenagers. I would've left my wife for her in a heartbeat if she weren't a bipolar alcoholic lmao.

When discussing an older woman ALELLO had sex with when he was a teenager, ALELLO offered,

> the notion that pedophilia is a phase that somebody will outgrow is as silly as thinking you can turn a gay person straight.  She likes young cock. That's never going to change…she might control herself better now, and that may have been the one and only time she acted on those impulses, but it's dyed in the fabric of who she is.

ALELLO continued, "it makes me so fucking horny finding like minded people…if you were still in NY I'd be sucking your pedo cock regularly." The OCE replied, "it would be amazing to find a pedo buddy close to me" and ALELLO answered, "I had one. Helped him set up a hidden camera in his daughter's room…we used to jerk each other off to videos of his 13 year old daughter changing, masturbating…I'd put cp on the tv and suck his cock, and vice versa." ALELLO then wrote, "take a trip up to Buffalo. Father son bonding. Show him Niagara Falls, then let me fuck him back at the hotel.


11.    The January 5, 2022, conversation continued when the OCE advised he was "mostly into <12 stuff" and ALELLO replied "I don't just save or share pics like that…just links." The OCE answered, "I don't keep pics or vids like that…prefer to do live stuff" and ALELLO replied, "I haven't found myself in a position to take live stuff in a few years." ALELLO continued:

> out in the wild though, you can move a bit more freely. Maybe can't get away with as much, but if you're smart and watching out for the right opportunities you can get away with something along the lines of, say…walking through a campground with a false sense of purpose, scoping the place out, looking for the lowest class families with daughters in your age range. Preferably a family with a lot of kids, as they're less likely to accompany their older children (8-11) to and from the bathrooms once they have the lay of the land/wait patiently until it's just dark enough to give yourself some cover, but so dark that her parents wouldn't let her wander off alone, and follow your target as she walks

to the bathroom/...I haven't got to that level of boldness yet though. No souvenirs. As little evidence as possible. I preemptively wrap my dick in a condom just in case the urge to penetrate overwhelms me in a moment when I'm not thinking clearly/hasn't happened yet. Just groping and fingering/Most of the time fear alone works well enough to silence them. You don't have to say much, just 'this will be over quicker if you're a good girl' and 'I know which campsite you're staying at. Don't make me come back'/If they say anything at all once they've had time to process it, it's much later and I'm long gone/the bonus of finding a kid from a big, poor family is that they lack any skills or self esteem/especially the middle child. You need to score these things out. Pick the wrong kid and you're locked up or at the receiving end of a father's gun barrel...I am a very bad man.

12.   The January 5, 2022, conversation continued when ALELLO discussed a minor relative of his, and how that may provide him with access to other minor individuals. ALELLO also stated that masturbates into the underwear of some of his minor relatives, and then sent the OCE an image and a video of individuals ALELLO were his minor relatives. The two then discussed how lonely it can be as a "perv" and the OCE replied that he preferred deviance over depravity.  ALELLO replied, "you are more of a deviant. Raping little girls in the woods on their way back from the bathroom and threatening their lives, that's more depraved haha."  The OCE stated, "I wish someone would play with him while I watched," referring to his son; ALELLO replied, "I'd fucking love to make that come true for you...see how well he handles my big cock."  The OCE wrote that he does not keep CSAM pictures because he is risk adverse and ALELLO wrote, "I stash everything on a fake Facebook messenger account."

13.     On or about January 6, 2022, the conversation continued with the OCE stating "had some fun last night with the gf...and then snuck into the daughter's room" and ALELLO asked "oh shit. How'd that go?"  The OCE then transmitted an image of a purported minor girl wearing a tank top and underwear who appeared to be sleeping and facing away from the camera.  ALELLO replied, "Fuuck. She's 9?...they have such adorable asses at that age...and I love that most pants for them are tight fitting, like leggings."  The OCE wrote that he pulled down the girl's shorts and "rubbed her tight little ass", to which ALELLO answered, "fuck dude that's so hot. I haven't been able to feel a little one in years."

14.     On or about January 7, 2022, ALELLO sent the OCE a Mega.Nz link that I reviewed and found to contain approximately 2484 videos that depicted CSAM.  After sending the link, ALELLO advised the OCE, "make sure if you make your own mega to stash it in you set it to private and never share the link...definitely don't make the mega account with your regular email address. I don't know if that's obvious lol."  The table below details a sample of the files contained in the link sent by ALELLO:

| File Name | Description |
|---|---|
| suck dog 7 | A video, 13 minutes and 42 seconds in duration, that depicted a nude prepubescent girl, in my opinion approximately 9 years old. The girl's legs and arms were tied down and there was a collar around her neck. In the video, an adult masturbated the girl and she performed oral sex on an adult man and a dog, and the girl masturbated herself. |
| cp mmm | A video, 1 minute and 31 seconds in duration, that depicted a prepubescent girl, in my opinion approximately 8 years old. The girl wore a bikini and high heel shoes and was on her hands and knees on a bed. An adult man stood behind the girl and had vaginal |

9

| | |
|---|---|
| | intercourse with her.  There was a second nude child on the bed partially visible in the video. |
| 5yocum | A video, 36 seconds in duration, that depicted a nude prepubescent girl, in my opinion approximately 5 years old. An adult male, nude from the waist down laid on the floor in a child's room.  The girl masturbated the man, put her mouth on his scrotum, and then straddled him and continued to masturbate him until the man ejaculated. |

15.    The January 7, 2022, conversation continued with the OCE mentioning his son, stating, "I'm honestly thinking about coming up for the playoff game if they don't fuck this up…would love to bring him to the stadium," referring to the Buffalo Bills playoff games. ALELLO then asked, "would you share him with me?...maybe I can even bring someone for you to play with" before mentioning a 19 year old girl who "at least expressed fantasies about fucking younger boys."  The OCE asked for a picture of the girl that ALELLO mentioned, and he advised he did have some but, "I don't know if she'd be fore sure on board with 'come meet my internet perv buddy and his 11-year-old son and fuck both of them'."  ALELLO then sent four images of the purported 19-year-old he mentioned (one face picture, one of her buttocks in underwear, and two with her breasts exposed) and wrote that the girl had a "history of light incest, absolutely fucked up mind…and a fat ass. Your skinny little son would look so good pounding her from behind."  ALELLO next sent an image of an adult male having vaginal sex with an adult female from behind and two images of an adult woman performing oral sex on an adult man.  ALELLO advised he was the man and the 19-year-old girl were the two depicted in the pictures and videos he sent the OCE.  ALELLO wrote the OCE, "I would suck your cock while you watch her push your son's face into her tight pussy."

The OCE asked, "doing anything fun or pervy this weekend?" and ALELLO replied, "my wife's friend might be coming over. Always love perving on her and her little daughter...but other than that, probably not. Just getting high and jerking off to little girls, the usual." When the OCE asked how old the girl was, ALELLO replied, "she's 6. Cute cute cute fucking kid. Total lack of structure. Lazy parents. She'll be a perfect victim in a few years." ALELLO continued to discuss the girl, "my old jerk off buddy, the one who used to spy on his daughter, lives in the same trailer park and we used to fantasize about snatching her and taking her back to his place." The OCE asked where the trailer park was and stated there were a lot of opportunities there. ALELLO replied,

> in the world of criminology, they refer to those little cunts as 'less than dead.' Rape a girl in the suburbs and you'll have a county-wide manhunt by the time you put your dick away. Rape trailer trash, or a little girl from a ghetto neighborhood, I'd be surprised if they even trust the police enough to call them...as long as you know how to blend in and look like you belong in these places, you can do pretty well for yourself.

ALELLO continued, "plenty of fresh meat to be found in and around Buffalo...Niagara Falls is even better. Bonus points if you're on the Canadian side because Canadian cops are utterly incompetent." When the OCE again brought up the 6-year-old girl, ALELLO replied,

> just observing and reporting...maybe sneaking a picture if I can...biding my time until she's old enough to start spending the night over there with my son...I really hope my son isn't fully gay. I need that kid to bring some young pussy around here...and I need him to take pictures of said young pussy so I can steal them lol.

ALELLO sent two images of a minor girl, in my opinion approximately 5 years old, both wearing age-appropriate attire, and advised the images were of his wife's friend's daughter (the 6 year old) before adding, "I just wanna jerk off into her cute little mouth." Later in the conversation, ALELLO mentioned he hoped to "take lives" of the daughter if she came over during the weekend.

16.     On or about January 10, 2022, ALELLO wrote the OCE and stated that his wife's friend (and her daughter) did not visit over the previous weekend.  ALELLO wrote that his wife was "horny all weekend" but there was "a little missing piece, in the shape of a 6-year-old's tight little body."

17.     On or about January 21, 2022, ALELLO sent the OCE a Mega.Nz link that I reviewed and found to contain approximately 45 videos that depicted CSAM.  The table below details a sample of the files contained in the link sent by ALELLO:

| File Name | Description |
| --- | --- |
| IMG_5965 | A video, 58 seconds in duration, that depicted a minor boy and a minor girl, in my opinion, approximately the ages of 15 and 9, respectively.  The minor girl performed oral sex on the boy in the video. |
| Special1 | A video, 1 minute and 35 seconds in duration, that depicted a nude teenaged girl, in my opinion approximately the age of 16, performing oral sex on a prepubescent boy, in my opinion approximately the age of 9.  The boy then had vaginal intercourse with the teenaged girl. |
| 8b6649e3-bde6-42c0-a257-4371058a9daa | A video, 1 minute and 59 seconds in duration, that depicted a prepubescent girl, in my opinion, approximately the age of 6, performing oral sex on an adult male. |

18.     Using the information detailed herein, and subscriber information obtained from Kik, Google, Verizon Wireless, and Charter Communications, on March 23, 2022, United States Magistrate Judge Jeremiah J. McCarthy signed a warrant authoring the search of ALELLO's person, phone, and residence in Albion, New York.  On March 24, 2022, the

FBI executed the search warrants and attempted to interview ALELLO. At that time, I seized an iPhone 12 Pro Max smart phone from the person of ALELLO, which he identified as his phone. After a very brief discussion with ALELLO outside his residence, he invoked his right to counsel. Prior to departing the residence, I told ALELLO's wife certain details regarding the investigation out of concern for child safety.

19.    Pursuant to the warrant, the FBI seized a Microsoft Surface tablet and ALELLO's Apple iPhone 12 Pro Max bearing serial number G0NDVHC50D43, which was manufactured outside of New York State. Both electronic devices were searched by the FBI and I reviewed the results. The chart below summarizes some of the files I discovered on the iPhone 12:

| File Name | Description |
|---|---|
| 7KBGQR6I.jpg | A pre-pubescent girl, in my opinion approximately age 6, wearing no shirt, resting her chin resting on an erect adult penis. |
| 7LQG3BTA.jpg | A pre-pubescent girl, in my opinion approximately age 6, laying on top of a nude supine adult male, with his penis inserted into the girl's vagina. The girl faced away from the camera and wore only a pink and white checkered spaghetti-top style shirt. |
| 7KZUBDSR.jpg | A nude pre-pubescent girl, in my opinion approximately age 4, laying on her back with her legs spread. A nude adult male was laying between the girl's legs, though it does not appear his penis was entered into the girl's vagina at the time the image was captured. |
| 7fJEAR7Y.jpg | A pre-pubescent girl, in my opinion approximately age 8, laying on her back while resting on her elbows; the girl's shirt is lowered around her torso. An adult male's hand is around his erect penis and directing it toward the girl's mouth. |

20.     Based upon the foregoing, I respectfully submit that I have probable cause to

believe that **ANTHONY J. ALELLO JR.** has violated Title 18, United States Code, Sections

2251(d)(1)(A) and 2252A(a)(5)(B).

_____

Randall E. Garver, Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically
this 26th day of April 2022.

_____

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

14